IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GERGORIO B. PORTILLO, et al.,

    Plaintiffs,

vs.                                                Civ. No. 98-713 MV/WWD

THE CITY OF ALBUQUERQUE, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon the Second Joint Motion to Extend Pre-Trial Deadlines filed by the parties on April 21, 1999. The motion seeks to extend a number of deadlines, including the filing of pretrial motion packages. Trial in this matter is set for August 9, 1999. The proposed changes do not allow enough time for deliberate consideration of any dispositive motions being filed on the last day allowed. Accordingly, I will reset the deadlines; however, I will not allow as much time as has been sought by the parties.

**WHEREFORE,**

**IT IS ORDERED** that the parties shall have until and including May 28, 1999, to complete discovery, and until and including June 4, 1999, to serve motions relating to discovery.

**IT IS FURTHER ORDERED** that responses to motions relating to discovery shall be served on or before June 9, 1999, and that any replies to those responses shall be served within three work days of the receipt of the response by the party making the reply.

**IT IS FURTHER ORDERED** that any other pretrial motions shall be served on or before June 10, 1999; with responses to such motions being made within seven days of the service of said motion; and with any replies being served and the motion "package" being filed with the Court within three work days of the date of the service of the response aforementioned.

**FINALLY, IT IS ORDERED** that Plaintiffs shall submit their portion of the Consolidated Pre-Trial Order to Defendants on or before June 25, 1999; and Defendants shall submit the final consolidated order to the Court on or before July 5, 1999.

_____
UNITED STATES MAGISTRATE JUDGE